IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANISHA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:24-cv-00516-JRS-MJD |
| TRUEACCORD CORP., | ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties, pursuant to F.R.C.P. Rule 41, hereby stipulate to the dismissal of Plaintiff's claims with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 29, 2024

| One of Plaintiff's Attorneys | One on Defendant's Attorneys |
|---|---|
| */s/ David J. Philipps* | */s/ Katherine Maria Saldanha Olson* |
| David J. Philipps | Katherine Maria Saldanha Olson |
| Philipps & Philipps, Ltd. | Messer Strickler Burnette, Ltd. |
| 9760 S. Roberts Rd., Ste. 1 | 142 W. Station St. |
| Palos Hills, IL 60465 | Barrington, IL 60010 |
| (708) 974-2900 | (312) 334-3469 |
| davephilipps@aol.com | kolson@messerstrickler.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

The foregoing stipulation is hereby approved and Plaintiff's claims are hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

ENTERED:

Date: 8/30/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.